No. 6,686.—FAITH MINING CO., RESPONDENT, *v.* A. B. MARTIN ET AL., APPELLANTS.

Decided September 27, 1930.

PER CURIAM.—Pursuant to motion of respondent to dismiss the appeal herein, based upon the notice of appeal filed February 28, 1930, the appeal is ordered dismissed.

*Messrs. Maddox & Church,* for Appellant.

*Messrs. Walsh & Nagle,* for Respondent.

No. 6,768.—O. M. CORWIN CO., RESPONDENT, *v.* C. O. WHEELER ET AL., DEFENDANTS; C. B. McMENAMIN, APPELLANT.

Decided September 27, 1930.

PER CURIAM.—Respondent's motion to dismiss the appeal herein on the ground that appellant has failed to file record on appeal in the supreme court within the time allowed by law, is sustained and the appeal ordered dismissed.

*Messrs. Johnston, Coleman & Jameson,* for Respondent.